*Thursday, October 19, 2000*

## MOTION DOCKET

**00–1085.  Funk v. Rent All Mart, Inc.**
Certified Question of State Law, No. 3:00CV7086. This cause came before the court on the certification of a state law question from the United States District Court for the Northern District of Ohio, Western Division. Upon consideration of petitioner's motion to participate in oral argument scheduled for December 13, 2000,

IT IS ORDERED by the court that the motion to participate in oral argument be, and hereby is, denied.

**00–1793.  State ex rel. Demaline v. Cuyahoga Cty. Bd. of Elections.**
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus regarding an expedited election matter. Upon consideration of the motion for leave to intervene of Crocker Park, LLC,

IT IS ORDERED by the court that the motion be, and hereby is, granted. Crocker Park, LLC is granted leave to intervene as respondent and shall proceed as a respondent in accordance with S.Ct.Prac.R. X(9).

RESNICK, J., not participating.

## DISCIPLINARY DOCKET

**00–1547.  In re Johnson.**
On September 15, 2000, this court suspended respondent, Jeffrey D. Johnson, from the practice of law pursuant to Gov.Bar R. V(5), and referred the matter to the Office of Disciplinary Counsel for investigation and commencement of disciplinary proceedings. It now appearing to the court that the Office of Disciplinary Counsel is unable to conduct an investigation due to a conflict,

IT IS HEREBY ORDERED, *sua sponte*, that this matter be referred to the Ohio State Bar Association for investigation and commencement of disciplinary proceedings.